IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| **RAYMOND JENKINS**<br><br>v.<br><br>**POLYSCIENCES, INC.** | **CIVIL ACTION**<br><br>**NO. 16-6616** |
|---|---|

## ORDER

And NOW, this <u>29th</u> day of March, 2017, for the reasons stated in the foregoing memorandum and upon consideration of Defendant Polysciences, Inc.'s Motion to Dismiss Plaintiff's Complaint (ECF 3), and all responses and replies thereto, it is hereby ORDERED that Polysciences, Inc.'s motion is GRANTED without prejudice, and with leave to file an Amended Complaint within fourteen (14) days.

BY THE COURT:

/s/ Michael M. Baylson
_____
**Michael M. Baylson, U.S.D.J.**

O:\CIVIL 16\16-6616 Jenkins v Polysciences\16cv6615 Order on MTD.docx